10-CV-00495-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY E. LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>ELDON VAIL, et al.,<br><br>Defendants. | Case No. 10-cv-495-JLR<br><br>ORDER OF DISMISSAL |

The Court, having reviewed Plaintiff's proposed complaint in this 42 U.S.C. § 1983 civil rights action, Plaintiff's motion to voluntarily dismiss said complaint, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   Plaintiff's motion to voluntarily dismiss his complaint, Dkt. No. 4, is GRANTED. Accordingly, Plaintiff's proposed complaint, Dkt. No. 1, Att. 1, and this action are DISMISSED without prejudice.

///

///

ORDER OF DISMISSAL
PAGE - 1

1  (3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge
2  Donohue.
3      DATED this 24th day of _____May_____, 2010.

_____
JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE - 2